UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00085-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  BRYNEE MARTIN,

        Defendant.

# ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to the Defendant and Her Attorney pursuant to Fed.R.Crim.P. 6(e)(3)(E)(I) and (F) (Motion) **(#13)** filed April 9, 2009.  Having reviewed the Motion and being otherwise advised, the Court FINDS that good and sufficient cause supports the same.

**IT IS THEREFORE ORDERED** that the Government's Motion is **GRANTED**, and that grand jury testimony and grand jury documents may be disclosed to the Defendant and her attorney in the course of discovery in this case.  It is

**FURTHER ORDERED** that such materials shall only be used in defending this case; that such materials are disclosed only to the Defendant and her attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this 13th day of April, 2009.

                                                              **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge